**Kevin Patrick BRADY, Plaintiff–Appellant,**

v.

**Thomas VAN STRYDONCK, Carlos L. Rodriguez, Jerome Gorski, Ann Marie Taddeo, Gail A. Donofrio, Diana Irizarry, Euguene F. Pigott, Jr., Justice, Sherri E. Woods, Defendants.**

No. 03–7844.

United States Court of Appeals, Second Circuit.

April 1, 2004.

* The Honorable Damon J. Keith, of the United States Court of Appeals for the Sixth Circuit, sitting by designation.

Kevin Patrick Brady, for Appellant, pro se.

PRESENT: FEINBERG, CABRANES and POOLER, Circuit Judges.

## SUMMARY ORDER

We have considered all of petitioner's arguments and have found each of them to be without merit. We affirm for substantially the reasons set forth in the District Court's Decision and Order dated July 17, 2003.

\*    \*    \*    \*    \*    \*

Accordingly, the judgment of the District Court is hereby AFFIRMED.